Ibert Brewing Company. No opinion. Judgment of the municipal court affirmed by default, with costs.

HUGHES et al., Appellants, v. CARLIN et al., Respondents. (Supreme Court, Appellate Division, Second Department. May 31, 1901.) Action by John A. Hughes and others against Thomas G. Carlin and others. No opinion. Judgment affirmed, with costs.

HUNTER, Appellant, v. BROOKLYN HEIGHTS R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. May 31, 1901.) Action by Ira C. Hunter against the Brooklyn Heights Railroad Company. No opinion. Judgment of the municipal court unanimously affirmed, with costs.

HUSTED, Respondent, v. TOMPKINS, Appellant, et al. (Supreme Court, Appellate Division, Third Department. May 9, 1901.) Action by Spencer Husted against Jane Tompkins and others. No opinion. Order affirmed, without costs.

IMHAUSER, Respondent, v. KOPP, Appellant. (Supreme Court, Appellate Division, Second Department. May 31, 1901.) Action by Elise Imhauser against Robert Kopp.
PER CURIAM. Judgment affirmed. Inasmuch as the special term imposed no costs, and the defendant concededly was entitled to recover $425, and the plaintiff made claim for a credit of a sale which was not allowed, we think, under the circumstances, that this affirmance should be without costs.

IRVING SAV. INST. v. ROBINSON. (Supreme Court, Appellate Division, First Department. April 29, 1901.) Action by the Irving Savings Institution against Julius A. Robinson. No opinion. Motion granted, with $10 costs.

ISRAEL et al. v. METROPOLITAN EL. R. CO. (Supreme Court, Appellate Division, First Department. April 29, 1901.) Action by Hyman Israel and others against the Metropolitan Elevated Railroad Company. No opinion. Motion denied, with $10 costs.

JOHNSON v. ROCHESTER RY. CO. (Supreme Court, Appellate Division, Fourth Department. May 28, 1901.) Action by William H. Johnson, as administrator, etc., against the Rochester Railway Company. No opinion. Motion for reargument denied. Motion for leave to appeal to the court of appeals denied, with $10 costs.

JOHNSTOWN MIN. CO. v. BUTTE & BOSTON CONSOL. CO. (Supreme Court, Appellate Division, First Department. April 19, 1901.) Action by the Johnstown Mining Company against the Butte & Boston Consolidated Company. No opinion. Motion denied.

JONES v. JONES. (Supreme Court, Appellate Division, First Department. April 19, 1901.) Action by Mary L. Jones against Robert H. Jones. No opinion. Appeal dismissed, with $10 costs.

JONES, Appellant, v. SEAMAN et al., Respondents. (Supreme Court, Appellate Division, Second Department. May 31, 1901.) Action by William C. Jones against Frank Seaman and William C. Smith. No opinion. Order, so far as appealed from, affirmed, with $10 costs and disbursements.

KARRIGAN, Respondent, v. NINTH AVE. R. CO., Appellant. (Supreme Court, Appellate Division, First Department. April 19, 1901.) Action by Kate Karrigan against the Ninth Avenue Railroad Company. C. F. Brown, for appellant. T. D. Kenneson, for respondent. No opinion. Judgment and order affirmed, with costs.

KEEGAN, Appellant, v. HARRIS, Respondent. (Supreme Court, Appellate Division, Third Department. May 24, 1901.) Action by Francis H. Keegan against Carrie Harris. No opinion. Judgment affirmed, with costs.

KEIRNS, Respondent, v. NEW YORK & H. R. CO., Appellant. (Supreme Court, Appellate Division, First Department. April 29, 1901.) Action by John Keirns against the New York & Harlem Railroad Company. I. A. Place, for appellant. A. B. Cruikshank, for respondent. No opinion. Judgment affirmed, with costs.
VAN BRUNT, P. J., dissents.

In re KELLY. (Supreme Court, Appellate Division, Fourth Department. May 21, 1901.) In the matter of the estate of Elizabeth Kelly, deceased. No opinion. Order affirmed, with costs.

KIND, Respondent, v. GOTTLIEB, Appellant. (Supreme Court, Appellate Division, First Department. April 29, 1901.) Action by Emanuel Kind against Henry Gottlieb. H. J. Morris, for appellant. M. M. Menken, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

KIRBY, Appellant, v. BARLOW, Respondent. (Supreme Court, Appellate Division, First Department. April 19, 1901.) Action by David D. Kirby against Florence R. Barlow. A. J. Martin, for appellant. J. Kling, for respondent. No opinion. Judgment affirmed, with costs, on opinion of LAWRENCE, J. 68 N. Y. Supp. 323.

KRANER, Respondent, v. GROSS et al., appellants. (Supreme Court, Appellate Division, First Department. May 10, 1901.) Action by Julius Kraner against Max Gross and another. M. Feltenstein, for appellants. W. M. Benedict, for respondent. No opinion. Order reversed, with $10 costs and disbursements, and motion granted, upon defendant paying all costs after notice of trial, including trial fee, and $10 costs of motion.